FILED

2024 JUL 16 PM 1:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

Jacek W. Lentz (Cal. State Bar No. 213198)
THE LENTZ LAW FIRM, P.C.
1200 Wilshire Blvd., Suite 406
Los Angeles, CA 90017
Telephone: (213) 250 - 9200
Facsimile: (213) 250 - 9161
Email: jwl@lentzlawfirm.com

Attorneys For Claimant
Ojai Family Irrevocable Trust

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARK ROY ANDERSON,<br><br>　　　　　Defendants. | Case No. 23-CR-00255-FLA<br><br>**VERIFIED CLAIM, STATEMENT OF INTEREST AND PETITION FOR OJAI FAMILY IRREVOCABLE TRUST**<br><br>**BY FAX** |

Claimant OJAI FAMILY IRREVOCABLE TRUST, a California Trust, ("Claimant" or "Trust") through counsel Jacek W. Lentz of The Lentz Law Firm, P.C., hereby makes claim to the following forfeited properties, as described on the Preliminary Order of Forfeiture, dated May 28, 2024, Doc. No. 51 (the "Property"):

　　1.　　Real Property at commonly known as 544 Gorham Road, Ojai, CA.

I.

Claimant claims the Property on the grounds that the Trust is the legal owner of the Property. The Trust purchased and acquired title to the Property in 2020.

II.

Claimant, as an innocent third party who is aggrieved by the order of criminal forfeiture, has the requisite standing pursuant to United States v. Harris 246 F.3d 566, 574 (6th Cir. 2001), to request a judicial hearing in the instant case.

III.

Claimant hereby petitions this Court for a hearing to adjudicate the validity of its interest in the Properties.

**VERIFICATION**

I, Damon Richie, as successor trustee, verify that I have read the foregoing Petition, and declare under the penalty of perjury that to the best of my knowledge the allegations therein are true and correct.

Executed this 16TH day of July, 2024.

By: _/s/ Damon Richie_
Damon Richie
For and On Behalf of Ojai Family Irrevocable Trust

## PROOF OF SERVICE

I, Jacek W. Lentz, declare as follows: **BY FAX**

I am employed in the City of Beverly Hills, California. I am over the age of eighteen years, and not a party to the within case; my business address is The Lentz Law Firm, P.C., 9171 Wilshire Blvd, Suite 500, Los Angeles, California, 90210. On July 16, 2024, I served the within:

**PETITION FOR ANCILLARY HEARING FOR OJAI FAMILY IRREVOCABLE TRUST**

in the U.S. District Court Case No. 23-CR-00255-FLA, by sending a true copy thereof, as indicated and addressed as follows:

> **Mr. Ryan Waters, Esq.**
> **Office of the U.S. Attorney**
> **312 N Spring St, 11 Floor**
> **Los Angeles, CA 90012**
> **[Email: Ryan.Waters@usdoj.gov]**

☐ **[BY MAIL]** By placing such document in an envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at the Law Offices of Jacek W. Lentz, Los Angeles, California following ordinary business practice. I am readily familiar with the practice of the Law Offices of Jacek W. Lentz for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **[BY PERSONAL SERVICE]** By causing such document to be delivered by hand with instructions that it be personally served.

☒ **[BY ELECTRONIC MAIL]** By personally sending such document, as a PDF attachment, via electronic mail from the address of jwl@lentzlawfirm.com to the electronic address listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 16, 2024, at Warszawa [Warsaw], Poland.

*Jacek Lentz*
Jacek W. Lentz