Name: Mark Roy Anderson
Address: (BOP Custody) Santa Ana County Jail 62 Civic Center Plz
City, State, Zip: Santa Ana, CA 92701
Phone: (714)245-8100
Fax:
E-Mail:

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

The United States of America

PLAINTIFF(S),

v.

Mark Roy Anderson

DEFENDANT(S).

CASE NUMBER:

2:23-cr-00255-FLA-1

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that __Mark Roy Anderson__ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☒ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

☒ Bail status:
None

Imposed or Filed on __March 26, 2025__. Entered on the docket in this action on __March 27, 2025__.

A copy of said judgment or order is attached hereto.

04/02/2025
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                NOTICE OF APPEAL