1  Brett A. Greenfield (SBN 217343)
   21031 Ventura Blvd, Suite 1101
2  Woodland Hills, CA. 91364
   (818) 724-7272 (voice)
3  (818) 806-4110 (facsimile)
   Brett@818LawGroup.com
4
5  Attorneys for Defendant Mark Roy Anderson

6                    **UNITED STATES DISTRICT COURT**

7
8             **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9                        **WESTERN DIVISION**

10

11  **UNITED STATES OF AMERICA,**          **Case No. 2:23-CR-00255-FLA**

12
    **Plaintiff,**
13
                                           **NOTICE OF MOTION AND MOTION
14                                         TO WITHDRAW AS COUNSEL OF
                                           RECORD FOR DEFENDANT MARK
15  **v.**                                 ANDERSON; DECLARATION OF
                                           BRETT GREENFIELD; [PROPOSED]
16                                         ORDER**

17

18

19

20  **MARK ROY ANDERSON,**

21  **Defendant.**

22

23

24      COMES NOW DEFENDANT MARK ANDERSON, by and through counsel of record,

25  Brett Greenfield of 818 Law Group LLP, and hereby moves this Honorable Court for an

26  order permitting counsel to withdraw as attorney of record pursuant to Local Rule 83-2.3.2

27

28

1   and Rule 1.16 of the California Rules of Professional Conduct.

2

3       This Motion is based upon the accompanying Declaration of Brett Greenfield, the

4   exhibits referenced therein, and any further argument or evidence presented to the Court at

5   the time of hearing.

6

7

8

9   Respectfully submitted,
    Dated: July 31, 2025                          818 Law Group, LLP

10
                                                  /s/ Brett A. Greenfield
11                                                21031 Ventura Blvd,
                                                  Suite 1101
12                                                Woodland Hills, CA. 91364
                                                  (818) 724-7272 (voice)
13                                                (818) 806-4110 (facsimile)
                                                  Brett@818LawGroup.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
DEFENDANT MARK ANDERSON

## MEMORANDUM OF POINTS AND AUTHORITIES

Counsel respectfully seeks leave to withdraw as attorney of record for the following reasons:

## I. LEGAL AUTHORITY FOR WITHDRAWAL

Under California Rule of Professional Conduct 1.16(b)(4) and (6), a lawyer may seek to withdraw when "the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively," or when the client insists upon a course of action with which the lawyer has a fundamental disagreement. The Local Rules of this District similarly require leave of Court to withdraw and authorize such relief upon good cause.

## II. PROFESSIONAL BREAKDOWN NECESSITATING WITHDRAWAL

Beginning on **July 28, 2025**, undersigned counsel received correspondence from attorney **Hamid Soleimanian** transmitting a written communication authored by or on behalf of Mr. Anderson. Mr. Soleimanian expressly stated that Mr. Anderson wished to replace undersigned counsel and would retain new counsel.

Over the next several days, counsel made multiple good faith inquiries to confirm substitution and obtain the identity of incoming counsel. However, the representations made by Mr. Soleimanian shifted, culminating in inconsistent and ultimately contradictory statements regarding the scope of his involvement and Mr. Anderson's intentions.

The combination of (1) Mr. Soleimanian's communications, (2) the letter he transmitted at Mr. Anderson's request, and (3) the absence of any confirmed substitute counsel as of **July 31, 2025**, has created a breakdown in the attorney-client relationship that makes continued representation untenable. Counsel is unable to proceed in a manner that comports with his professional duties under the applicable rules and standards.

## III. NO PREJUDICE TO DEFENDANT OR THE COURT

The United States Probation Office is expected to file a restitution report on or about **August 12, 2025**, with objections due by **August 26, 2025**. This Motion is being brought well in advance to permit the Defendant to secure new counsel or request a reasonable continuance if necessary. No trial or sentencing is imminent.

## PRAYER FOR RELIEF

Counsel respectfully requests that the Court:

1. Grant this Motion to Withdraw as Counsel of Record;
2. Permit Defendant Mark Anderson fourteen (14) days to retain new counsel or notify the Court of his intent to proceed pro se;
3. Allow successor counsel to request any necessary continuances regarding restitution proceedings or related deadlines.

Respectfully submitted,

Dated: July 31, 2025                          818 Law Group, LLP

/s/ Brett A. Greenfield
21031 Ventura Blvd,
Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON

## DECLARATION OF BRETT GREENFIELD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Brett Greenfield, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court. I am a partner with 818 Law Group LLP and currently serve as counsel of record for Defendant Mark Anderson in this matter. I make this declaration in support of my motion to withdraw.

2. On July 28, 2025 at 5:03 p.m., I received an email from Attorney Hamid Soleimanian, stating:

   "Brett, please see attached. My client, Mark Anderson, asked me to send the attached letter to you which has been drafted by himself or a third party on his behalf. I was not involved in drafting the substance of the attached letter in any way." *(A true and correct copy of this email is attached hereto as **Exhibit A**.)*

3. I replied at 5:24 p.m. the same evening, asking Mr. Soleimanian to clarify how he received the letter, whether he would be substituting in, whether Mr. Anderson intended to retain new counsel, and whether these communications reflected a desire that I withdraw.
   *(Attached hereto as **Exhibit B**.)*

4. At 5:37 p.m., Mr. Soleimanian responded:

   "Yes, he wants me to take over the case and co-counsel with new counsel who will replace you. He wants the money to pay for his new lawyer. The money he is asking for is not for himself. He will hire new counsel upon receiving the balance of the retainer."
   *(Attached hereto as **Exhibit C**.)*

5. Relying on that statement, I continued communicating with Mr. Soleimanian to confirm the identity of incoming counsel and facilitate a substitution.

6. On July 30, 2025, I sent another follow-up message reiterating the inquiry and urging prompt clarification.

*(Attached hereto as **Exhibit D**.)*

7.  On July 30, 2025 at 1:04 p.m., Mr. Soleimanian responded:

"I am not substituting you in the criminal case. This is what Mark wants to be done, not me. There will be another attorney. I will give you with his identity to be stated in the substitution of attorney document for immediate execution."

*(Attached hereto as **Exhibit E**.)*

9.  I replied later that day at 1:59 p.m., stating that if I did not receive substitution paperwork by 5:00 p.m. on July 31, 2025, I would proceed with a motion to withdraw and include our correspondence.

*(Attached hereto as **Exhibit F**.)*

10. At 2:41 p.m., Mr. Soleimanian sent the following:

"Make sure that you include this correspondence in your motion that I do not intend to substitute you as the attorney of record."

*(Attached hereto as **Exhibit G**.)*

11. I replied at 2:48 p.m., noting the contradiction between his earlier representation and this new position, and reiterated that I was proceeding under the assumption that Mr. Anderson wished to terminate my representation.

*(Attached hereto as **Exhibit H**.)*

12. As of the filing of this motion, no substitution of attorney has been filed. The shifting and conflicting communications between Mr. Soleimanian and myself, along with the tone and content of the letter transmitted on Mr. Anderson's behalf, have created a situation in which continued representation is professionally and ethically untenable.

13. I have refrained from disclosing the contents of the July 28 communication transmitted by Mr. Soleimanian (**Exhibit A**) in this motion or declaration. However, its nature—taken together with the statements of Mr. Soleimanian confirming Mr. Anderson's desire to secure new counsel—has made effective representation impossible in my professional judgment.

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON

14. I respectfully request that the Court grant the accompanying motion to withdraw and permit Defendant sufficient time to obtain new counsel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of July, 2025, in Woodland Hills, California.

Respectfully submitted,
Dated: July 31, 2025                                       818 Law Group, LLP

21031 Ventura Blvd,
Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
DEFENDANT MARK ANDERSON

# EXHIBIT A



📄 Edited Letter to Mr.Greenfieldv1.pdf 88 KB

**From:** Hamid Soleimanian, Esq. <lawwiz@gmail.com>
**Sent:** Monday, July 28, 2025 5:03 PM
**To:** Brett Greenfield <brett@818lawgroup.com>
**Subject:** Re: Mark Anderson

Brett,

Please see attached. My client, Mark Anderson, asked me to send the attached letter to you which has been drafted by himself or a third party on his behalf.

I was not involved in drafting the substance of the attached letter in any way.

# EXHIBIT B

Hamid

Thank you for the email. Please explain to me how in fact you received this letter and when. Secondarily, will you be taking over the remainder of the federal criminal action? Is Mark hiring new council for the purpose of the restitution hearing? Does he want me to withdraw as a result of his allegations?

Of course I will be contacting bar council tomorrow. But since you say, you are his attorney, and you are now in communication at this level of allowing an extortion email to be sent to me, could you please kindly ask these questions.

I'll await your response.

Thank you

Brett A. Greenfield, Esq.
818 Law Group, LLP
21031 Ventura Blvd., Suite 1101
Woodland Hills, Ca. 91364
Ofc. 818.724.7272
www.818LawGroup.com

# EXHIBIT C

From: Hamid Soleimanian, Esq. <lawwiz@gmail.com>
Sent: Monday, July 28, 2025 7:08 PM
To: Brett Greenfield <brett@818lawgroup.com>
Subject: Re: Mark Anderson

I will ask the questions, but I know the answer to some of the questions.

Yes, he wants me to take over the case and co-counsel with new counsel who will replace you. He wants the money to pay for his new lawyer. The money he is asking for is not for himself. He will hire new counsel upon recieving the balance of the retainer.

Best,

Hamid Soleimanian, Esq.

**Law Offices Of
Hamid Soleimanian, Inc.**

**16633 Ventura Blvd Suite 503
Encino, California 91436
Monday through Friday 9am to 5pm
Tel #: 818-501-2040
Fax #: 818-501-3560
Lawwiz@Gmail.Com**

- - -
**www.Soleimanianlaw.com**

****************** PRIVILEGE AND CONFIDENTIALITY NOTICE ****************

This electronic message transmission is intended for the named recipient(s) only and contains information from the Law Offices Hamid Soleimanian, which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling us at (818) 501-2040, and delete the original message and any attachments without reading or saving in any manner.

# EXHIBIT D

Substitution of Counsel and Restitution Deadlines - United States v. Mark Roy Anderson (2:23-Cr-00255-FLA)



**Brett** Greenfield

To ○ Hamid Soleimanian, Esq.
Cc ⬤ Mak Abromson; ⬤ Caroline Martinez

Wed 7/30/2025 12:24 PM

☺  ⤺ Reply   ⤺ Reply All   → Forward

📄 G-001 EXECUTED.pdf   201 KB ∨     📄 L to Hamid Soleimanian.pdf   226 KB ∨

Good afternoon, Hamid,

Please find the Attached letter. Please confirm receipt as soon as possible, as this matter is time sensitive.

**Brett** A. Greenfield, Esq.
818 Law Group, LLP
21031 Ventura Blvd., Ste 1101
Woodland Hills, CA. 91364
Tel. 818.724.7272
Fax. 818.858.1799

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

# EXHIBIT E

On Jul 30, 2025, at 1:04 PM, Hamid Soleimanian, Esq. <lawwiz@gmail.com> wrote:

Received, thank you.

Brett,

I am not substituting you in the criminal case.  This is what Mark wants to be done, not me.  There will be another attorney.  I will give you with his identity to be stated in the substitution of attorney document for immediate execution.

# EXHIBIT F

BG

**Brett** Greenfield

To ○ Hamid Soleimanian Esq.

Cc ○ Hamid Soleimanian; ● Mak Abromson; ● Caroline Martinez

 Reply    Reply All    → Forward    ···

Wed 7/30/2025 1:59 PM

Hamid

Your prior correspondence indicates something much different. I see now you are taking a different tone, understandably. As such if I do not have a signed substitution from you or other council by tomorrow, I am filing the motion to withdraw, and as I stated before, I will be including our correspondence in that motion.

**Brett** A. Greenfield, Esq.
818 Law Group, LLP
21031 Ventura Blvd., Suite 1101
Woodland Hills, Ca. 91364
Ofc. 818.724.7272
www.818LawGroup.com

# EXHIBIT G

On Jul 30, 2025, at 2:41 PM, Hamid Soleimanian, Esq. <lawwiz@gmail.com> wrote:

Brett,

Make sure that you include this correspondence in your motion that I do not intend to substitute you as the attorney of record.

Thank you.

# EXHIBIT H

**Brett** Greenfield

To ○ Hamid Soleimanian Esq.

Cc ● Mak Abromson; ✔ Caroline Martinez

Wed 7/30/2025 2:48 PM

Your prior email states:

"Yes, he wants me to take over the case and co-counsel with new counsel who will replace you".

Clearly you were speaking about the ongoing criminal matter. I will continue to move forward with that assumption despite your latest email seeking to run from your prior representations with the attached blackmail letter proffered by your office in an attempt to garner money from me for your benefit.

1

2

**<u>PROOF OF SERVICE</u>**

3

4          I am employed in the County of Los Angeles, State of California.  I am over the age

5     of 18 and not a party to the within action; my business address is 21031 Ventura Boulevard, Suite 1101, Woodland Hills, California 91364.

6          On July 31, 2025 I served the foregoing document described as:

7     **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT**

8     **GREENFIELD;** on said parties in this action as follows:

9                              **<u>SEE ATTACHED SERVICE LIST</u>**

10

11         **BY MAIL:**  I am familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S.

12        postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party,

13        service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

14

15     ☑     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants

16        in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail

17        or by other means permitted by the court rules.

18        I declare under penalty of perjury under the laws of the United States of America

19     that the above is true and correct.

20        Executed on July 31, 2025 at Los Angeles, California.

21                              *C. Martinez* [E-Signature]

22                              _____

23                                   Caroline Martinez

24

25

26

27

28

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON

1

## ATTACHED SERVICE LIST

2

**Kerry L. Quinn | Assistant United States Attorney**

3

Major Frauds Section

United States Attorney's Office, Central District of California

4

1100 U.S. Courthouse

312 N. Spring Street,

5

Los Angeles, CA 90012

6

(213) 894-5423 (office)

Kerry.L.Quinn@usdoj.gov (email)

7

8

**Hamid Soleimanian Bar No. 179885**

9

Law offices of Hamid Soleimanian, Inc.,

16633 Ventura Blvd, Ste 503

10

Encino, CA 91436-1809

11

Phone: 818-501-2040

Fax: 818-501-3560

12

lawwiz@gmail.com (email)

13

**Mark Roy Anderson RN 96106-012**

14

FCI Victorville Medium II

Federal Correctional Institution

15

Po Box 3850

Adelanto, Ca   92301

16

17

18

19

20

21

22

23

24

25

26

27

28

9

NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR
DEFENDANT MARK ANDERSON