Brett A. Greenfield (SBN 217343)
21031 Ventura Blvd, Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com

Attorneys for Defendant Mark Roy Anderson

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK ROY ANDERSON,<br><br>Defendant. | Case No. 2:23-CR-00255-FLA<br><br>**EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER** |

TO THE HONORABLE COURT:

**EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD**

Counsel for Defendant Mark Anderson respectfully applies ex parte for leave to withdraw as attorney of record pursuant to Local Rules 7-19 and 83-2.3.2, and California Rule of Professional Conduct 1.16(b).

1

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

As set forth in the attached Declaration of Counsel, a breakdown in the attorney-client relationship has rendered continued representation untenable. Opposing counsel, AUSA Kerry Quinn, was notified of this application and does not oppose. A proposed order is attached and has been submitted to chambers. WHEREFORE, counsel respectfully requests that the Court grant this application, allow counsel to withdraw, and permit Defendant a reasonable time to retain substitute counsel or appear pro se.

Respectfully submitted,
Dated: August 05, 2025

818 Law Group, LLP

/s/ Brett A. Greenfield
21031 Ventura Blvd,
Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com

2

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

# MEMORANDUM OF POINTS AND AUTHORITIES

Counsel respectfully seeks leave to withdraw as attorney of record for the following reasons:

**NOTICE TO OPPOSING COUNSEL**

Pursuant to Local Rules 7-19 and 7-19.1, notice of this Ex Parte Application was provided to Assistant United States Attorney Kerry L. Quinn on August 05, 2025, via email at Kerry.L.Quinn@usdoj.gov. Counsel for the government indicated that they do not oppose this application.

**I. LEGAL AUTHORITY FOR WITHDRAWAL**

Under California Rule of Professional Conduct 1.16(b)(4) and (6), a lawyer may seek to withdraw when "the client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively," or when the client insists upon a course of action with which the lawyer has a fundamental disagreement. The Local Rules of this District similarly require leave of Court to withdraw and authorize such relief upon good cause.

**II. PROFESSIONAL BREAKDOWN NECESSITATING WITHDRAWAL**

Beginning on **July 28, 2025**, undersigned counsel received correspondence from attorney **Hamid Soleimanian** transmitting a written communication authored by or on behalf of Mr. Anderson. Mr. Soleimanian expressly stated that Mr. Anderson wished to replace undersigned counsel and would retain new counsel.

Over the next several days, counsel made multiple good faith inquiries to confirm substitution and obtain the identity of incoming counsel. However, the representations made by Mr. Soleimanian shifted, culminating in inconsistent and ultimately contradictory statements regarding the scope of his involvement and Mr. Anderson's intentions.

3

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

The combination of (1) Mr. Soleimanian's communications, (2) the letter he transmitted at Mr. Anderson's request, and (3) the absence of any confirmed substitute counsel as of **August 05, 2025**, has created a breakdown in the attorney-client relationship that makes continued representation untenable. Counsel is unable to proceed in a manner that comports with his professional duties under the applicable rules and standards.

### III. NO PREJUDICE TO DEFENDANT OR THE COURT

The United States Probation Office is expected to file a restitution report on or about **August 12, 2025**, with objections due by **August 26, 2025**. This Motion is being brought well in advance to permit the Defendant to secure new counsel or request a reasonable continuance if necessary. No trial or sentencing is imminent.

**REQUEST FOR RELIEF**

Counsel respectfully requests that the Court:

1. Grant this Motion to Withdraw as Counsel of Record;
2. Permit Defendant Mark Anderson fourteen (14) days to retain new counsel or notify the Court of his intent to proceed pro se;
3. Allow successor counsel to request any necessary continuances regarding restitution proceedings or related deadlines.

Respectfully submitted,

Dated: August 05, 2025                                  818 Law Group, LLP

/s/ Brett A. Greenfield
21031 Ventura Blvd,
Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com

4

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

# DECLARATION OF BRETT GREENFIELD IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL

I, Brett Greenfield, declare as follows:

1. I am an attorney licensed to practice law in the State of California and admitted to practice before the United States District Court for the Central District of California. I am the attorney of record for Defendant Mark Anderson in the above-captioned matter.

2. I submit this declaration in support of my motion to be relieved as counsel for Mr. Anderson pursuant to Local Rules 7-19 and 7-19.1. If called as a witness, I could and would competently testify to the matters set forth below.

3. I was retained to represent Mr. Anderson in connection with the above-captioned federal criminal case and have served as his counsel of record through plea negotiations, change of plea, sentencing preparation, and post-sentencing restitution proceedings.

4. On July 28, 2025, at 5:03 p.m., I received an email from attorney Hamid Soleimanian stating: "Please see attached. My client, Mark Anderson, asked me to send the attached letter to you which has been drafted by himself or a third party on his behalf. I was not involved in drafting the substance of the attached letter in any way." A true and correct copy of that email and its attachment is attached hereto as **Exhibit A**.

5. The letter referenced in Mr. Soleimanian's email raises issues that have caused an irreparable breakdown in the attorney-client relationship, rendering continued representation untenable. In the interest of discretion and to avoid prejudicing Mr. Anderson's position in any future proceedings, I decline to detail the full content of the letter.

6. After receiving the letter, I made multiple follow-up inquiries to Mr. Soleimanian between July 28 and July 31, 2025, asking whether he had been formally retained

5

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

to substitute in as counsel for Mr. Anderson, and requesting the name of any proposed substitute counsel if not himself. I also advised that if no substitution was filed, I would be required to seek withdrawal from the case.

7. Despite my inquiries, Mr. Soleimanian did not confirm that he had been retained, nor did he provide any indication that another attorney would be entering the case. Instead, on July 31, 2025, he advised me that he may not be able to find new counsel for Mr. Anderson.

8. The uncertainty over representation, the breakdown in the attorney-client relationship, and the content of the letter provided to me all support good cause for this motion to withdraw.

9. A true and correct copy of my email to Mr. Soleimanian dated July 31, 2025, summarizing my prior inquiries and advising of the pending motion is attached hereto as **Exhibit B.**

10. I also informed Mr. Soleimanian that the United States Probation Office is expected to file its restitution report on or before August 12, 2025, and that the defense has until August 26, 2025 to file objections and request a restitution hearing. I advised him that if he intended to substitute in, he would need to file a motion to continue these deadlines in order to adequately prepare.

11. On August 5, 2025, I sent an email to Assistant United States Attorney Kerry Quinn providing ex parte notice of this motion in compliance with Local Rules 7-19 and 7-19.1. In that email, I provided a copy of the motion and advised her of the factual and procedural basis. I also inquired whether the government intended to oppose. A true and correct copy of that email is attached hereto as **Exhibit C.**

12. I remain counsel of record for Mr. Anderson as of the date of this filing. However, in light of the breakdown of the attorney-client relationship, the potential conflict, and the surrounding circumstances, I respectfully request that the Court grant this motion and permit me to withdraw.

13. On August 05, 2025, I notified Assistant United States Attorney Kerry L. Quinn

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

1  via email of my intent to file this Ex Parte Application. I received confirmation that
2  the government does not oppose the requested relief.

4  I declare under penalty of perjury under the laws of the United States that the foregoing is
5  true and correct.

7  Executed this 5th day of August 2025, in Woodland Hills, California.

Respectfully submitted,
Dated: August 5th, 2025                                    818 Law Group, LLP

                                                           21031 Ventura Blvd,
                                                           Suite 1101
                                                           Woodland Hills, CA. 91364
                                                           (818) 724-7272 (voice)
                                                           (818) 806-4110 (facsimile)
                                                           Brett@818LawGroup.com

---

7

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

# EXHIBIT A

Case 2:23-cr-00255-FLA     Document 123     Filed 08/05/25     Page 8 of 20     Page ID
#:2636

📎 Edited Letter to Mr.Greenfieldv1.pdf ~81 KB

**From:** Hamid Soleimanian, Esq. <lawwiz@gmail.com>
**Sent:** Monday, July 28, 2025 5:03 PM
**To:** Brett Greenfield <brett@818lawgroup.com>
**Subject:** Re: Mark Anderson

Brett,

Please see attached. My client, Mark Anderson, asked me to send the attached letter to you which has been drafted by himself or a third party on his behalf.

I was not involved in drafting the substance of the attached letter in any way.

# EXHIBIT B

On Mon, Jul 28, 2025, 17:24 Brett Greenfield <brett@818lawgroup.com> wrote:

Hamid

Thank you for the email. Please explain to me how in fact you received this letter and when. Secondarily, will you be taking over the remainder of the federal criminal action? Is Mark hiring new council for the purpose of the restitution hearing? Does he want me to withdraw as a result of his allegations?

Of course I will be contacting bar council tomorrow. But since you say, you are his attorney, and you are now in communication at this level of allowing an extortion email to be sent to me, could you please kindly ask these questions.

I'll await your response.

Thank you


Brett A. Greenfield, Esq.
818 Law Group, LLP
21031 Ventura Blvd., Suite 1101
Woodland Hills, Ca. 91364
Ofc. 818.724.7272
www.818LawGroup.com

**From:** Hamid Soleimanian, Esq. <lawwiz@gmail.com>
**Sent:** Monday, July 28, 2025 7:08 PM
**To:** Brett Greenfield <brett@818lawgroup.com>
**Subject:** Re: Mark Anderson

I will ask the questions, but I know the answer to some of the questions.

Yes, he wants me to take over the case and co-counsel with new counsel who will replace you. He wants the money to pay for his new lawyer. The money he is asking for is not for himself. He will hire new counsel upon recieving the balance of the retainer.

Best,

Hamid Soleimanian, Esq.

**Law Offices Of
Hamid Soleimanian, Inc.**

16633 Ventura Blvd Suite 503
Encino, California 91436
Monday through Friday 9am to 5pm
Tel #: 818-501-2040
Fax #: 818-501-3560
Lawwiz@Gmail.Com

---

www.Soleimanianlaw.com

****************** PRIVILEGE AND CONFIDENTIALITY NOTICE ****************

This electronic message transmission is intended for the named recipient(s) only and contains information from the Law Offices Hamid Soleimanian, which may be confidential, protected by the attorney-client privilege, and/or the work product doctrine. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the content of this information is prohibited. If you have received this communication in error, please notify us immediately by e-mail, or by calling us at (818) 501-2040, and delete the original message and any attachments without reading or saving in any manner.

Substitution of Counsel and Restitution Deadlines - United States v. Mark Roy Anderson (2:23-cr-00255-FLA)



Brett Greenfield

To: Hamid Soleimanian, Esq.
Cc: Mak Abromson; Caroline Martinez

Wed 7/30/2025 12:24 PM

📎 G-001 EXECUTED.pdf  201 KB
📎 L to Hamid Soleimanian.pdf  226 KB

Good afternoon, Hamid,

Please find the Attached letter. Please confirm receipt as soon as possible, as this matter is time sensitive.

Brett A. Greenfield, Esq.
818 Law Group, LLP
21031 Ventura Blvd., Ste 1101
Woodland Hills, CA. 91364
Tel. 818.724.7272
Fax. 818.858.1799

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

On Jul 30, 2025, at 1:04 PM, Hamid Soleimanian, Esq. <lawwiz@gmail.com> wrote:

Received, thank you.

Brett,

I am not substituting you in the criminal case. This is what Mark wants to be done, not me. There will be another attorney. I will give you with his identity to be stated in the substitution of attorney document for immediate execution.

**From:** Brett Greenfield
**To:** Hamid Soleimanian Esq.
**Cc:** Mak Abromson; Caroline Martinez
**Sent:** Wed 7/30/2025 2:48 PM

Your prior email states:

"Yes, he wants me to take over the case and co-counsel with new counsel who will replace you".

Clearly you were speaking about the ongoing criminal matter. I will continue to move forward with that assumption despite your latest email seeking to run from your prior representations with the attached blackmail letter proffered by your office in an attempt to garner money from me for your benefit.

**From:** Hamid Soleimanian, Esq. <lawwiz@gmail.com>
**Sent:** Thursday, July 31, 2025 10:51 AM
**To:** Brett Greenfield <brett@818lawgroup.com>
**Subject:** Re: Letter to Brett 7/30/2025 signed

Brett,

I am not sure about the substitution at this time.. You do as you deem necessary.

On Thu, Jul 31, 2025 at 10:44 AM Brett Greenfield <brett@818lawgroup.com> wrote:

> I need to know the approximate time you will have this complete. I am drafting a motion to be relieved as counsel. If you're telling me to stop drafting, I'll stop drafting if you are not sure whether or not there is in fact going to be a substitution, please let me know. It is my intent to file a motion by 5 PM today and notify the United States attorney ahead of time as a courtesy.
>
> Get Outlook for iOS
>
> ---
> **From:** Hamid Soleimanian, Esq. <lawwiz@gmail.com>
> **Sent:** Thursday, July 31, 2025 10:42:21 AM
> **To:** Brett Greenfield <brett@818lawgroup.com>
> **Subject:** Re: Letter to Brett 7/30/2025 signed
>
> Working on it.
>
> On Thu, Jul 31, 2025 at 10:35 AM Brett Greenfield <brett@818lawgroup.com> wrote:
>
>> What is the status of the attorney you said you were going to reveal that will be substituted into the criminal matter?
>>
>> Brett A. Greenfield, Esq.
>> 818 Law Group, LLP
>> 21031 Ventura Blvd., Suite 1101
>> Woodland Hills, Ca. 91364
>> Ofc. 818.724.7272
>> www.818LawGroup.com

# EXHIBIT C

Case 2:23-cr-00255-FLA   Document 123   Filed 08/05/25   Page 17 of 20   Page ID #:2645

Re: United States v. Mark Anderson Case No. 2:23-cr-00255-FLA Ex Parte Notice of Intent to File Motion to Withdraw as Coun...



Quinn, Kerry L. (USACAC) <Kerry.L.Quinn@usdoj.gov>

To: Brett Greenfield; McFadden, Corey Joseph (LA) (FBI); Waters, Ryan (USACAC)
Cc: Mak Abromson; Caroline Martinez

Tue 8/5/2025 12:19 PM

The government takes not position on the motion.

---

**From:** Brett Greenfield <brett@818lawgroup.com>
**Sent:** Tuesday, August 5, 2025 11:38 AM
**To:** Quinn, Kerry L. (USACAC) <Kerry.L.Quinn@usdoj.gov>; McFadden, Corey Joseph (LA) (FBI) <CJMCFADDEN@fbi.gov>; Waters, Ryan (USACAC) <Ryan.Waters@usdoj.gov>
**Cc:** Mak Abromson <mak@818lawgroup.com>; Caroline Martinez <caroline@818lawgroup.com>
**Subject:** [EXTERNAL] Re: United States v. Mark Anderson Case No. 2:23-cr-00255-FLA Ex Parte Notice of Intent to File Motion to Withdraw as Counsel

Dear Ms. Quinn:

Pursuant to Local Rules 7-19 and 7-19.1 of the United States District Court for the Central District of California, and in accordance with Judge Fernando L. Aenlle-Rocha's Standing Order, I am providing ex parte notice of my intent to file a motion to be relieved as counsel of record for Defendant Mark Anderson in the above-captioned matter.

I intend to file the motion on August 6, 2025, no later than 4p, or as soon thereafter as the Court permits. This notice is provided in compliance with the Court's requirement that all ex parte applications be preceded by reasonable advance notice to opposing counsel and that the applicant state whether the application is opposed.

Accordingly, please advise whether the government intends to oppose the motion.

A copy of the motion will be served upon you promptly upon filing. If you require any further (non-privileged) information to evaluate the motion, please don't hesitate to reach out.

Brett A. Greenfield, Esq.
818 Law Group, LLP
21031 Ventura Blvd., Suite 1101
Woodland Hills, Ca. 91364
Ofc. 818.724.7272
www.818LawGroup.com

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21031 Ventura Boulevard, Suite 1101, Woodland Hills, California 91364.

On August 05, 2025 I served the foregoing document described as: **EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;** on said parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY MAIL:** I am familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☑ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 05, 2025 at Los Angeles, California.

*C. Martinez* [E-Signature]

_____
Caroline Martinez

---

8

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER

# ATTACHED SERVICE LIST

**Kerry L. Quinn | Assistant United States Attorney**
Major Frauds Section
United States Attorney's Office, Central District of California
1100 U.S. Courthouse
312 N. Spring Street,
Los Angeles, CA 90012
(213) 894-5423 (office)
Kerry.L.Quinn@usdoj.gov (email)


**Hamid Soleimanian Bar No. 179885**
Law offices of Hamid Soleimanian, Inc.,
16633 Ventura Blvd, Ste 503
Encino, CA 91436-1809
Phone: 818-501-2040
Fax: 818-501-3560
lawwiz@gmail.com (email)

**Mark Roy Anderson RN 96106-012**
FCI Victorville Medium II
Federal Correctional Institution
Po Box 3850
Adelanto, Ca   92301

EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MARK ANDERSON; DECLARATION OF BRETT GREENFIELD;[PROPOSED] ORDER