Brett A. Greenfield (SBN 217343)
21031 Ventura Blvd, Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com

Attorneys for Defendant Mark Roy Anderson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>MARK ROY ANDERSON,<br><br>Defendant. | Case No. 2:23-CR-00255-FLA<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD** |

Having considered the Ex Parte Application to Withdraw as Counsel of Record filed by Brett A. Greenfield on behalf of Defendant Mark Anderson in Case No. 2:23-CR-00255-FLA, and finding good cause shown, the Court hereby ORDERS as follows:

1. The Motion is GRANTED.

2. Brett Greenfield and 818 Law Group LLP are hereby relieved as counsel of record for Defendant Mark Anderson in this matter.

---

1

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO WITHDRAW AS COUNSEL OF RECORD

3. Defendant Mark Anderson shall have fourteen (14) days from the date of this Order to retain new counsel and have such counsel file a Notice of Appearance, or to notify the Court of his intent to proceed pro se.

4. All existing deadlines related to restitution or post-sentencing proceedings may be continued upon motion by new counsel or, if appropriate, by Mr. Anderson personally.

5. The Clerk of the Court is directed to serve a copy of this Order on Defendant Mark Anderson at his last known mailing address.

**IT IS SO ORDERED.**

Dated: _____, 2025          _____

HON. FERNANDO L. AENLLE-ROCHA

United States District Judge

Respectfully submitted,

Dated: August 05, 2025          818 Law Group, LLP

/s/ Brett A. Greenfield
21031 Ventura Blvd,
Suite 1101
Woodland Hills, CA. 91364
(818) 724-7272 (voice)
(818) 806-4110 (facsimile)
Brett@818LawGroup.com